(March 29, 1971)

LAW RESEARCH SERVICE, INC., Respondent-Appellant, v. WESTERN UNION TELEGRAPH CO., Appellant-Respondent, et al., Defendants.—

Concur — Stevens, P. J., Capozzoli, McGivern, Nunez and Kupferman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED JOHNSON, Appellant.—

Concur — Stevens, P. J., Capozzoli, Markewich, Kupferman and Steuer, JJ.